UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 14 17

08 MAY -5 AM 11:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**Jesus AYON-Villaverde,** Defendant

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the United States

The undersigned complainant, being duly sworn, states:

On or about **May 1, 2008** within the Southern District of California, defendant, **Jesus AYON-Villaverde,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th DAY OF MAY, 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus AYON-Villaverde**

## PROBABLE CAUSE STATEMENT

On May 1, 2008, Border Patrol Agent L. Ramos was assigned to line watch duties in the Imperial Beach Border Patrol Station area of operations. At approximately 11:05 PM, National Guard, who was operating the inside camera at the Imperial Beach Station, informed agents in the area, via service radio that they had a visual of three subjects running north from the United States/Mexico International Boundary Fence in the are known as "Spooner's Mesa". Spooner's Mesa" is approximately four miles west of the San Ysidro, California, Port of Entry, and is approximately 100 yards north of the United States/Mexico International Boundary Fence. This area is frequently used by illegal aliens to further their illegal entry into the United States.

As Agent Ramos responded to the area just south of the subject's position, National Guard, who was operating the inside cameras at the Imperial Beach Station, gave Agent Ramos the last position of the subjects, after a brief search of the area Agent Ramos observed three individuals trying to conceal themselves in the heavy brush. Agent Ramos identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. All the subjects including one later identified as the defendant **Jesus AYON-Villaverde**, freely admitted to being a citizen and national of Mexico, illegally present in the United States, and did not possess any immigration documents that would allow him to legally enter or remain in the United States.

At approximately 11:15 PM, the defendant and the other subjects were arrested and subsequently transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 01, 2004** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on May 3, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 1, 2008**, in violation of Title 8, United States Code, Section 1326.

Louisa S. Porter
United States Magistrate Judge

5/3/08 11:15 AM.
Date/Time