AO 455(Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

JESUS AYON-VILLAVERDE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1783-L

I, JESUS AYON-VILLAVERDE, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jesus Ayon
Defendant

Counsel for Defendant

Before
Judicial Officer